1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **CENTRAL DISTRICT OF CALIFORNIA**
9      **EASTERN DIVISION**
10
11     DOMINGO AGUSTIN-SIMON,          )      No. ED CV 14-1282-FMO (PLA)
                                        )
12                        Petitioner,   )      **ORDER ACCEPTING**
                                        )      **MAGISTRATE JUDGE'S**
13                   v.                 )      **REPORT AND RECOMMENDATION**
                                        )
14     RICHARD B. IVES, Warden,         )
                                        )
15                        Respondent.   )
                                        )
16     _____ )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files
18     herein, and the magistrate judge's report and recommendation.   The Court accepts the
19     recommendations of the magistrate judge.
20          ACCORDINGLY, IT IS ORDERED:
21          1.     The report and recommendation is approved and accepted.
22          2.     Judgment shall be entered consistent with this order.
23          3.     The clerk shall serve this order and the judgment on all counsel or parties of record.
24
25     DATED: September 4, 2014              _____/s/_____
                                            HONORABLE FERNANDO M. OLGUIN
26                                            UNITED STATES DISTRICT JUDGE
27
28