UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DOMINGO AGUSTIN-SIMON, | ) | No. ED CV 14-1282-FMO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RICHARD B. IVES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: September 4, 2014

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE